PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone:  (818) 907-9726
Facsimile:  (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
MARTIN SILVA VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN SILVA VERDUZCO, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner Social Security, <br><br> Defendant. <br> _____ | Case No. 2:15-CV-03928-MRW <br><br> ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) <br><br> Judge: Hon.  Michael R. Wilner |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act

(EAJA) in the amount of FIVE THOUSAND SIX HUNDRED SEVENTY-FIVE

and 00/100 DOLLARS ($5,675.00), pursuant to 28 U.S.C. § 2412(d), subject to the

terms of the above-referenced Stipulation.

Date: _January 30, 2017_          _____/S/ MICHAEL R. WILNER_____
                                                  Michael R. Wilner
                                     UNITED STATES MAGISTRATE JUDGE

---

[1]  Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).